# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DOMINGUEZ, an individual, | Case No.: 5:18-cv-00026-R-SHK |
| Plaintiff, | Hon. Manuel L. Real |
| v. | **JUDGMENT** |
| ALAW, entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; SELECT PORTFOLIO SERVICING, INC., an entity form unknown; CAL-WESTERN RECONVEYANCE CORPORATION, a California Suspended Corporation; LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-EC1 ASSET-BACKED CERTIFICATES, SERIES, 2005-EC1, a Securities Trust; AND ANY KNOWN OR UNKNOWN PERSONS CLAIMING ANY RIGHT OR INTEREST TO THE SUBJECT REAL PROPERTY OF PLAINTIFF; AND DOES 1 to 20 INCLUSIVE, | Superior Court Case No.: CIVDS1723893<br>Action Filed: December 5, 2017<br>Trial Date: N/A |
| Defendants. | |

The matter came before the Court on *defendants* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), SELECT PORTFOLIO SERVICING, INC., ("SPS") and BANK OF AMERICA, NATIONAL

1

**[PROPOSED] JUDGMENT**

ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2005-EC1's (erroneously sued as "LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-EC1 Asset-Backed Certificates, Series, 2005-EC1") ("<u>BANA</u>" with MERS and SPS collectively referred to as "Defendants") Motion to Dismiss *plaintiff* JOE DOMINGUEZ's Complaint (the "<u>Motion</u>"). Having reviewed the Motion, supporting evidence, and all related filings,

**IT IS ORDERED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendants and against *plaintiff* JOE DOMINGUEZ.

**IT IS SO ORDERED**.

Dated: April 12, 2018

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE